UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL JOHNSTONE, in individual and representative capacity as trustee of the M & L Johnstone Family Trust Dated November 12, 2003; LIISA JOHNSTONE, in individual and representative capacity as trustee of the M & L Johnstone Family Trust Dated November 12, 2003; VINTAGE ON HOLLYWOOD, LLC, a California Limited Liability Company; TRI CO STORE LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. CV 19-07322-AB (JEM)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.

1.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 7, 2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE